dismiss appeal granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LOUIS W. HOOGLAND v. THEODORE REVILLON and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

PHILIP SCHEINER v. METROPOLITAN LAMP Co., INC., and Others.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ANIELA MILLER, as Administratrix, etc., of JOHN MILLER, Deceased, v. JOHN F. CURRAN and EDWIN WINDSOR.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HERKA REALTY Co., INC., v. LASALLE MILITARY ACADEMY. IRVING H. WOLFE & Co., INC., v. LASALLE MILITARY ACADEMY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed on or before January 5, 1932, with notice of argument for January 20, 1932. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

REUBEN WEINBERG v. MAXWELL MORTGAGE SECURITIES CORPORATION and Others, Impleaded with FREDERICK STARR and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal and appellants' points to be filed on or before January 1, 1932. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LESTEIN CORPORATION OF AMERICA v. EBIE MANGELS and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

BLANCHE OF HAPSBURG-LORRAINE v. FAL DE SAINT PHALLE and Others.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ROSA COUSINS and Another v. CAPITOL COAL CORPORATION and Others.— Motion to dismiss appeal denied, without costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

STEPHEN H. BUTTS v. SADYE ABRAHAMS.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ANTONIO BOTTA and Another v. LISABETTA CAPRIELLO, Landlord, and Others. — Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal and appellants' points to be filed on or before January 5, 1932. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of MERCHANTS EQUITY CORPORATION for an Order Directing PHILIP BRAMNICK, an Attorney at Law, to Turn over to the Petitioner Certain Moneys Now in His Possession and Fixing the Fees to Which Respondent May Be Entitled.— Motion to dismiss appeal granted, without costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SHERMAN CREEK REALTY CORPORATION v. JAMES J. SCHWEBEL, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed on or before January 1, 1932. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

COURT SQUARE BUILDING, INC., v. ELIZABETH F. VILKOMERSON.—Application granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LEWIS H. JOSEPH v. HENRY A. SCHATZKIN and Others.— Motion denied, with